■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LELAND MUIR, JR., Appellant.—Motion for reargument of appeal granted upon condition that respondent obtain from the trial court an order of resettlement of the record on appeal reflecting correction of the alleged errors in the existing record. Present—Marsh, P. J., Moule, Simons, Mahoney and Goldman, JJ.